**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE TRUIJILLO, | CASE NO. 1:17-cv-795 LJO-BAM |
| Plaintiff | |
| v. | ORDER LIFTING STAY AS TO DEFENDANT GARRISON TULARE, LLC **ONLY** |
| RUE21, INC. and GARRISON TULARE, LLC, | |
| Defendants | |

On July 6, 2017, the Court stayed this action following a notice of Chapter 11 bankruptcy proceedings filed by Defendant Rue21, Inc. (Doc. 5). On July 10, 2017, Plaintiff filed a request for the Court to lift the stay as to Defendant Garrison Tulare, LLC. Because it appears that the automatic stay is inapplicable to Defendant Garrison Tulare, LLC, it is appropriate to lift the stay so that this case may proceed against that Defendant.

Accordingly, IT IS HEREBY ORDERED that:

1.     The stay of this matter is LIFTED as to Defendant Garrison Tulare, LLC **ONLY**;

2.     The INITIAL SCHEDULING CONFERENCE shall remain as set on November 2, 2017 at 9:30 A.M in Courtroom 8 (BAM) before Judge McAuliffe. If the parties wish to advance the scheduling conference, they may file a joint stipulation or contact Courtroom Deputy Harriet Herman.

IT IS SO ORDERED.

Dated:   **October 3, 2017**           /s/ *Barbara A. McAuliffe*

                                    UNITED STATES MAGISTRATE JUDGE