# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>      Plaintiff,<br><br>v.<br><br>RUE 21, INC. dba RUE 21; GARRISON TULARE, LLC,<br><br>      Defendants. | Case No. 1:17-cv-0795-LJO-BAM<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Doc. 18) |

      On January 25, 2018, Plaintiff Jose Trujillo filed a stipulation to dismiss Defendant Rue 21, Inc. without prejudice as to Plaintiff's aisle width claim. (Doc. 18). Plaintiff's stipulation further states that Defendant Rue 21, Inc. and Defendant Garrison Tulare, LLC are dismissed with prejudice as to all other claims, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees. (Doc. 18).

      In light of the stipulation of the parties, this action has been terminated, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as indicated above, and the parties will bear their own respective costs and expenses. All pending dates and matters in this action are vacated and the Clerk of the Court is directed to close the file in this case.

IT IS SO ORDERED.

    Dated: **January 26, 2018**           /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE

2